

**NUMBER 13-13-00589-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS,**                                          **Appellant,**

**v.**

**JAIME ARREDONDO,**                                           **Appellee.**

---

**On appeal from the 28th District Court
of Nueces County, Texas.**

---

**ORDER**

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

Appellant, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion for stay of proceedings in the above cause. On October 30, 2013, the Honorable Nanette Hasette, Judge of the 28th District Court of Nueces County, Texas, granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending

disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e) (West 2006 & Supp. 2013).

The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that this motion should be granted. Accordingly, the motion for stay is GRANTED, and the trial court's proceedings are ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of December, 2013.

2